MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DENNIS L. PAXTON,<br><br>    Plaintiff,<br><br>vs.<br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00716-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment / Remand be extended by 30 days, from May 24, 2019, to Monday, June 24, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion. Defendant respectfully requests this additional time because Defendant's counsel has multiple district court briefs and one Ninth Circuit brief due within the next three weeks and will be out of the office for eight days. Counsel for Defendant has conferred with counsel for Plaintiff, who

consents to the request.  The parties further stipulate that all subsequent dates in the Court's Scheduling Order shall be modified accordingly.

Counsel for Defendant apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  May 9, 2019                      */s/  Shellie Lott*
                                         (*as authorized via email on May 6, 2019)
                                         SHELLIE LOTT
                                         Attorney for Plaintiff


                                         MCGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                By:      */s/  Carol S. Clark*
                                         CAROL S. CLARK
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension of time to file a response to Plaintiff's Opening Brief. Defendant's response shall be filed on or before June 24, 2019. All other deadlines in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **May 10, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE